■ RALPH A. SCOTTINO, Appellant, v GLORIA SCOTTINO, Respondent. — In an action for a conversion divorce pursuant to subdivision (6) of section 170 of the Domestic Relations Law, the plaintiff husband appeals from so much of an order of the Supreme Court, Westchester County (Daronco, J.), dated February 26, 1982, as denied his motion for summary judgment. Order affirmed insofar

as appealed from, without costs or disbursements. There are triable issues of fact. Mollen, P. J., Weinstein, Bracken and Rubin, JJ., concur.